LINK 23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| ANGELA EARTHMAN and STONEY EARTHMAN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:22-cv-02309-HDV-DFM<br><br>District Judge: Hernan D. Vera<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs ANGELA EARTHMAN and STONEY EARTHMAN ("Plaintiffs") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 7, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $160,539.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: 3/22/24

　　　　　　　　　　　　　　　　　　　Hon. Hernan D. Vera
　　　　　　　　　　　　　　　　　　　District Judge